UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEPHEN SHEA,

                                      Plaintiff,

            -against-

THE CITY OF NEW YORK, NYC POLICE
DEPARTMENT, POLICE OFFICER JESSE TAYLOR,
SH #23485, POLICE OFFICER JOHN DOE #1, POLICE
OFFICER JOHN DOE #2, AND POLICE OFFICER
JOHN DOE #3,

                                      Defendants.

**NOTICE OF APPEARANCE**

08 Civ 2920 (SHS)

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and New York City Police Department and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                 April 10, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                            City of New York
                                          *Attorney for Defendants City of New York and New*
                                          *York City Police Department*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0786

                                        By:               /s/
                                                      Michael K. Gertzer

TO:    David Segal, Esq. (by ECF)