USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

*Law Offices*
DAVID SEGAL

MEMBER LOUISIANA BAR

*30 Vesey Street, Suite 900*
*New York, New York 10007*

(212) 406-9200
(212) 943-5668

MEMO ENDORSED

April 24, 2008

Fax: (212) 805-7924
Honorable Sidney H. Stein
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York 10013

        RE:   Shea v. City, et al.
               08-CV-2920 (SHS)

Dear Judge Stein:

I represent the plaintiff above named.

An initial pretrial conference is scheduled for May 9, 2008.

I will not be in New York on that date and respectfully request an adjournment to either May 21 or 22, 2008.

Assistant Corporation Counsel Michael K. Gertzer has no objection to my request.

Thank you.

Very truly yours,
David Segal

DS/al
CC: Michael K. Gertzer
Assistant Corp. Counsel
Fax: (212) 788-9776

*The conference is adjourned to May 30, 2008, at 10:30 a.m.*
*SO ORDERED 4/25/08*

SIDNEY H. STEIN
U.S.D.J.