UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEPHEN SHEA,

                                    Plaintiff,      **NOTICE OF MOTION**

                 -against-                  08 Civ 2920 (SHS)

THE CITY OF NEW YORK, NYC POLICE
DEPARTMENT, POLICE OFFICER JESSE TAYLOR,
SH #23485, POLICE OFFICER JOHN DOE #1, POLICE
OFFICER JOHN DOE #2, AND POLICE OFFICER
JOHN DOE #3,

                                 Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the Memorandum of Law dated May 28,

2008, and upon all prior pleadings[1] and proceedings had herein, defendants City of New York

and NYC Police Department will, in lieu of an answer to the complaint, move this Court, before

the Honorable Sidney H. Stein, United States District Judge, at the United States Courthouse for

the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on

a date directed by the Court, for a order dismissing the plaintiff's complaint pursuant to Federal

Rule of Civil Procedure 12(b)(6).

---

[1] For the Court's reference, a copy of the Complaint is annexed hereto.

**PLEASE TAKE FURTHER NOTICE**, that, plaintiffs are to serve their opposition papers on the undersigned on or before June 19, 2008, defendants to serve their reply on or before June 26, 2008.

Dated: New York, New York
      May 28, 2008

                            MICHAEL CARDOZO
                            Corporation Counsel of the
                             City of New York
                            Attorney for Defendants
                            100 Church Street, Room 3-190
                            New York, New York  10007
                            (212) 788-0786

               By:                                        
                             Michael K. Gertzer
                             Assistant Corporation Counsel

- 2 -

# United States District Court

SOUTHERN                                    DISTRICT OF        NEW YORK

STEPHEN SHEA,

                    Plaintiff,

            -against-                       08    SUMMONS IN A CIVIL CASE

                                            CASE NUMBER:

CITY OF NEW YORK, NYC POLICE DEPARTMENT,
POLICE OFFICER JESSE TAYLOR, SH # 23485,
POLICE OFFICER JOHN DOE #1, POLICE OFFICER
JOHN DOE #2, and POLICE OFFICER JOHN DOE # 3

                    Defendants

TO:     (Name and address of defendant)

CITY OF NEW YORK          NEW YORK CITY POLICE DEPARTMENT    P.O. JESSE TAYLOR, SH # 23485
100 CHURCH STREET         1 POLICE PLAZA                      OFFICER JOHN DOE #1
NEW YORK, NY 10007        NEW YORK, NEW YORK                  OFFICER JOHN DOE #2
                                                             OFFICER JOHN DOE #3
                                                             34th PCT.
                                                             NEW YORK, NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID SEGAL
30 VESEY STREET
NEW YORK, NY 10007

an answer to the complaint which is herewith served upon you, within  30  days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgment will be taken against you for the relief demanded in the complaint. You must
also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                       MAR 2 0 2008

                                            DATE

(BY) DEPUTY CLERK

---

## RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# 08 CV 02920

-------------------------------------------------------------------X

STEPHEN SHEA,

             Plaintiff,

     -against-

CITY OF NEW YORK, NYC POLICE DEPARTMENT,
POLICE OFFICER JESSE TAYLOR, SH # 23485,
POLICE OFFICER JOHN DOE #1, POLICE OFFICER
JOHN DOE #2, and POLICE OFFICER JOHN DOE # 3

           Defendants.

<u>COMPLAINT</u>
**Plaintiff Demands
A Trial by Jury**



-------------------------------------------------------------------X

Plaintiff, by DAVID SEGAL, his attorney, respectfully alleges as follows:

## *JURISDICTION*

1. This action is brought under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments of the Constitution of the United States and the Civil Rights Law of the United States, as codified in Title 28, U.S.C. Sections 1331 and 1343 and Title 42, U.S.C. Sections 1981, 1983 and 1985.

2. Plaintiff further invokes the pendent jurisdiction of this Court to consider claims arising under State Law.

## *VENUE*

3. The course of conduct and other acts complained of herein arose and occurred in whole or in part within the County of New York, City and State of New York, in the Southern District of New York.

## *PARTIES*

4. Plaintiff, STEPHEN SHEA , was at all times herein mentioned, a citizen and resident of the State of New York.

5.   The defendant, CITY OF NEW YORK, (hereinafter referred to as CITY) is a municipal corporation and political subdivision of the State of New York.

6.   The defendant, NEW YORK CITY POLICE DEPARTMENT (hereinafter referred to as NYPD) is a municipal agency under the supervision and control of the defendant CITY.

7.   That the defendant, POLICE OFFICER JESSE TAYLOR, SH # 23485 is a police officer employed by the defendants, CITY and NYPD.

8.   That the defendants, POLICE OFFICER JOHN DOE #1, POLICE OFFICER JOHN DOE #2, and POLICE OFFICER JOHN DOE # 3 are Police Officers employed by the defendants, CITY and NYPD.

9.   Plaintiff duly and timely served a statutory Notice of Claim upon the defendants, CITY and NYPD.

10.   That the plaintiff has complied with all the conditions precedent to the institution of this action and has complied with all the provisions of the charter of the City of New York in relation thereto and in particular has duly presented his claims herein to the Comptroller and Corporation Counsel of the City of New York for adjustment, and that more than thirty (30) days have elapsed since the presentation of said notice of claim and that said claims remain unadjusted and the Comptroller of the City of New York has failed and refused to make any adjustment or payment of the same and the plaintiff, prior to the commencement of this action and within ninety (90) days after the injuries hereinafter described were received, duly served his notice of intention

to sue upon the claim hereinafter set forth, and that fifteen (15) months have not elapsed since the accrual of this cause of action against the defendants.

11.    That all times herein mentioned, defendant POLICE OFFICER TAYLOR, was employed by the defendants, CITY and NYPD, in the capacity of police officer of the City of New York, and was assigned to the 34th Precinct in the County of New York, and was acting in such capacity as the agent, servant and employee of the defendants, CITY and NYPD.  He is sued individually and in his official capacity.

12.    That at all the times herein mentioned, defendant, POLICE OFFICER TAYLOR, was acting under color of state law and under his authority as a police officer for the defendants, CITY and NYPD.

13.    That at all times herein mentioned, defendants POLICE OFFICERS JOHN DOE #1, JOHN DOE #2, and JOHN DOE # 3, were employed by the defendants CITY and NYPD, in their capacity as Police Officers of the City of New York, and were assigned to the 34th Pct.  in the County of New York, and were acting in such capacity as the agents, servants and employees of the defendants, CITY and NYPD.  Each is sued individually and in their official capacity.

14.    That at all times herein mentioned, the defendants POLICE OFFICER JOHN DOE #1, JOHN DOE #2, and JOHN DOE # 3, were acting under color of state law and under their authority as Police Officers for the defendants, CITY and NYPD.

### *FACTS*

15.    That on October 8, 2006, at or about 7:40 p.m., in the County of New York, plaintiff STEPHEN SHEA, was falsely arrested, assaulted and imprisoned by POLICE OFFICERS TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3.

3

16.  That the plaintiff was taken to the 34th precinct and then to the Criminal Court of the City of New York, County of New York for arraignment.

17.  The Criminal Court Complaint docket 2006-NY-068631 charges the plaintiff with the crimes of Resisting Arrest and Harassment In The Second Degree.

18.  The plaintiff was released from the Criminal Court on his own recognizance.

19.  On June 13, 2007, in Part C, of the Criminal Court of the City of New York, County of New York, all charges against plaintiff were dismissed.

20.  Defendant POLICE OFFICER TAYLOR, committed the following acts:

a)  Without a legal or just reason or probable cause arrested and imprisoned plaintiff for alleged violations of the N.Y.S. Penal Law.

b)  Police Officer Taylor failed and refused to timely advise plaintiff of the reasons for his arrest.

c)  Police Officer Taylor maliciously and without provocation, used excessive, illegal, and unjustified force on plaintiff.

d)  Police Officer Taylor falsely swore to the Criminal Court complaint.

21.  That following plaintiff's arrest, the defendants JOHN DOE #1, JOHN DOE #2, and JOHN DOE #3, jointly and severally, committed the following acts:

a)  Made false statements to a superior officer at the scene of the occurrence and at the 34th Precinct concerning plaintiff's arrest and imprisonment.

b)  Continued to detain plaintiff knowing that the charges were false.

c)  Covered up their actions and those of defendant Police Officer Taylor.

4

### *FIRST CAUSE OF ACTION*

22.    Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "21" of the complaint, as if the same were set forth more fully and at length herein.

23.    That as a direct and proximate result of the intentional and malicious acts of the defendants, POLICE OFFICERS TAYLOR, JOHN DOE #1, JOHN DOE#2, and JOHN DOE #3 , jointly and severally, as described aforesaid, all committed under color of state law and under their authority as Police Officers employed by the defendants, CITY and NYPD, and while acting in the scope of their employment, and pursuant to authority vested in each of them by defendants, CITY and NYPD, the defendants caused plaintiff to be falsely arrested and imprisoned.

24.    That by engaging in the foregoing acts, practices and courses of conduct, the defendants police officers, TAYLOR, JOHN DOE #1, JOHN DOE #2, and JOHN DOE # 3 used their positions as uniformed City of New York Police Officers for improper purposes, subjecting plaintiff to arrest, imprisonment, physical abuse, deprivation of his rights, privileges and immunities as guaranteed to by the First, Fourth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and in that each plaintiff was denied his protected rights to be free from unlawful, false and illegal arrest, imprisonment and seizure of his person without probable cause, to be free from unnecessary force, to be informed as to the reasons for his detainment and arrest, and to be secure in his rights to liberty and to representation by counsel.

25.   That none of the aforesaid acts which were perpetrated upon plaintiff were done as a consequence of any improper, criminal or suspicious conduct on the part of plaintiff.

## *SECOND CAUSE OF ACTION*

26.   Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "25" inclusive, as if the same were set forth herein more fully and at length.

27.   The defendants, POLICE OFFICERS JOHN DOE #1, JOHN DOE #2, and JOHN DOE # 3, acting in concert and under color of state law, and each aiding and abetting one another with knowledge of the systematic violation of plaintiff's Constitutional and Civil Rights, did conspire to prevent plaintiff from obtaining redress from such violations and did further agree to undertake any actions necessary to hide, cover up, and falsely justify the actions of each other, and in furtherance of, they did commit the following acts:

a)   Refused to aid plaintiff at the location of the occurrence and at the 34th Precinct.

b)   Covered-up the actions of their co- defendant, Police Officer Taylor.

c)   Helped to detain plaintiff for an unreasonable period of time despite plaintiff's repeated requests for information regarding his detainment.

d)   Assisted in the arrest of plaintiff for alleged violations of the Penal Law of the State of New York, despite the fact that there was no just or probable cause for said arrest and charges.

28.   That by engaging in the foregoing acts, all committed under color of state law and under their authority as Police Officers of the defendants, CITY and NYPD, and while acting in the scope of their employment and pursuant to authority vested in them by the defendants, CITY and NYPD, the defendants, POLICE OFFICERS JOHN DOE #1, JOHN DOE #2, and JOHN DOE #3, jointly and severally, entered into and carried out a plan and scheme designed and intended to deny and deprive plaintiff of his rights, privileges and immunities as guaranteed to him by the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and in fact did so deny and deprive plaintiff of his rights, privileges and immunities.

### *THIRD CAUSE OF ACTION*

29.   Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "28" inclusive, as if the same were set forth herein more fully and at length.

30.   That defendants, CITY and NYPD, by their deliberate acts, gross negligence and reckless conduct in failing to adequately train, discipline and supervise the aforesaid police Officers and in their failure to promulgate and put into effect appropriate rules and regulations applicable to the duties, conduct, activities and behavior of their police officers, directly caused the harm suffered by plaintiff.

31.   That the acts of defendants, POLICE OFFICERS TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3, committed under color of state law, deprived plaintiff of his rights, privileges and immunities as guaranteed to him by the First, Fourth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

### *FOURTH CAUSE OF ACTION*

32.  Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "31" of the complaint , as if the same were set forth herein more fully and at length.

33.  That defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 by their deliberate acts and reckless conduct maliciously prosecuted plaintiff for acts and conduct which they knew he did not commit.

34.  That the acts of defendants, CITY, NYPD,TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3committed under color of state law, deprived each plaintiff of his rights, privileges and immunities as guaranteed to him by the First, Fourth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

35.  That the acts of the defendants CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 were willful, reckless, wanton, malicious and done with the intent to injure plaintiff.

36.  That the acts of the defendants CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 damaged plaintiff's reputation and character in his community.

37.  That the charging of plaintiff in the Criminal Court of the City of New York, County of New York, with the aforesaid crimes was without probable cause and for the purpose of vexing and harassing plaintiff, and disgracing plaintiff in his community and injuring his character and reputation.

38. That the above actions of the defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3, jointly and severally, caused plaintiff to suffer severe and permanent emotional injuries.

## *FIFTH CAUSE OF ACTION*

39. Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "38" of the complaint, as if the same were set forth herein more fully and at length.

40. That defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 perverted the use of regularly issued process with the intent of causing harm to plaintiff without justification.

41. That the arrest of plaintiff and the further prosecution by the defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 was an abuse of process.

42. That the acts of the defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 damaged plaintiff's reputation and character in his community.

43. That the above actions by the defendants, CITY, NYPD, TAYLOR, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3 caused plaintiff to suffer severe and permanent emotional injuries.

*WHEREFORE*, plaintiff, STEPHEN SHEA, demands judgment as follows:

A. As to the first cause of action: In favor of plaintiff and against defendants, jointly and severally, compensatory damages in the amount of Twenty-Five Million

($25,000,000.00) Dollars, and punitive damages against the defendants in the sum of Twenty-Five Million ($25,000,000.00) Dollars.

B.    As to the second cause of action: In favor of plaintiff and against defendants, jointly and severally, compensatory damages in the amount of Twenty-Five Million ($25,000,000.00) Dollars, and punitive damages against the defendants in the sum of Twenty-Five Million ($25,000,000.00) Dollars.

C.    As to the third cause of action: In favor of the plaintiff and against defendants, jointly and severally, compensatory damages in the amount of Twenty-Five Million ($25,000,000.00) Dollars, and punitive damages against the defendants in the sum of Twenty-Five Million ($25,000,000.00) Dollars.

D.    As to the fourth cause of action: In favor of the plaintiff and against defendants, jointly and severally, compensatory damages in the amount of Twenty Five Million ($25,000.000.00) Dollars and punitive damages against the defendants in the sum of Twenty Five Million ($25,000,000,00) Dollars.

E.    As to the fifth cause of action: In favor of plaintiff and against defendants, jointly and severally, compensatory damages in the amount of Twenty-Five Million ($25,000,000.00) Dollars, and punitive damages against the defendants in the sum of Twenty-Five Million ($25,000,000.00) Dollars.

F.    And for such other and further relief as maybe just and proper.

Dated:        New York, New York
              February 25, 2008

              Yours, etc.

              David Segal (DS 5108)
              Attorney for Plaintiffs
              Office & P.O. Address:
              30 Vesey Street, Suite 900
              New York, N.Y. 10007
              (212) 406-9200

Index No.:                    Year                    RJI No.:                    Hon:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STEPHEN SHEA,

**Plaintiff,**

**-against-**

CITY OF NEW YORK, NYC POLICE DEPARTMENT,
POLICE OFFICER JESSE TAYLOR, SH # 23485,
POLICE OFFICER JOHN DOE #1, POLICE OFFICER
JOHN DOE #2, and POLICE OFFICER JOHN DOE # 3

**Defendants.**

## COMPLAINT

### DAVID SEGAL
Attorney for Plaintiff
Office & Post Office Address, Telephone
**30 VESEY STREET**
**NEW YORK, N.Y. 10007**
**(212) 406-9200**

To:

Signature (Rule 130-1.1-a)

Print name beneath

Attorney(s) for

Service of a copy of the within
Dated,

is hereby admitted.

Attorney(s) for

Please take notice

ⁱ NOTICE OF ENTRY

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within names court on

ⁱ NOTICE OF SETLEMENT

that an order of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within names court, at                                    on

Yours, etc.
DAVID SEGAL
Attorney for Plaintiff
Office & Post Office Address

To:

**30 VESEY STREET**
**NEW YORK, NY 10007**

Attorney(s) for: