```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEPHEN SHEA,                                  :       08 Civ. 2920 (SHS)

               Plaintiff,           :

     -against-                                :       ORDER

THE CITY OF NEW YORK, *ET AL.*,                :

               Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties appearing by telephone,

      IT IS HEREBY ORDERED that:

      1.    Defendants' motion to dismiss [7] is dismissed without prejudice to renew;

      2.    The last day for plaintiff to serve and file an amended complaint is June 13, 2008; and

      3.    There will be a pretrial conference on June 27, 2008, at 10:00 a.m.

Dated: New York, New York
       May 30, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.